**JS-6**

# United States District Court
# Central District of California

SCOTT DOUGLAS ORA,

Plaintiffs,

v.

CABLE NEWS NETWORK et al.,

Defendants.

Case № 2:26-cv-01995-ODW (MAAx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

September 30, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**